UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
——————————————————————— X
MEADOWBROOK MEAT COMPANY,
INC.,

         Plaintiff,

   – against –

PHOENIX PARTNERS LP, PHOENIX
PARTNERS CORP., JOSEPH DEL
VALLE, MICHAEL CARSTENS,
MICHAEL GROWNEY, DONNA DEL
VALLE, VANQUISH ACQUISITION
PARTNERS, LLC, CDG ENTERPRISES
and SOUTHEAST CRUISE HOLDINGS,
LLC,

         Defendants.
——————————————————————— X

JUDGE KRAM

'07 CIV 5979

Civil Action No.

RULE 7.1 STATEMENT



RECEIVED
JUN 25 2007
U.S.D.C. S.D.N.Y.
CASHIERS

    Plaintiff Meadowbrook Meat Company, Inc., by its undersigned attorneys, for its compliance with Rule 7.1 of the Federal Rules of Civil Procedure, states that it has no corporate parent and that no publicly-held corporation owns 10% or more of its stock.

Dated: New York, New York
       June 22, 2007

                              ALSTON & BIRD LLP

                    By: _____
                              Karl Geercken (KG 5897)
                              F. Paul Greene (FG 1837)
                              90 Park Avenue
                              New York, New York 10016
                              (212) 210-9400

                              *Attorneys for Plaintiff*
                              *Meadow Brook Meat Company, Inc.*

LEGAL01/13051891v1