AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ Southern _____ District of _____ New York _____

MEADOWBROOK MEAT COMPANY, INC.,
Plaintiff

V.

PHOENIX PARTNERS LP, PHOENIX PART-
NERS CORP., JOSEPH DEL VALLE, ET AL.

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:

**'07 CIV 5979**

**JUDGE KRAM**

TO: (Name and address of Defendant)

SEE ATTACHED SERVICE LIST

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK                                           JUN 2 5 2007

_Marcos Quintero_

(By) DEPUTY CLERK                              DATE

## Service List

| | |
|---|---|
| Phoenix Partners LP | 590 Madison Avenue, 21st Floor, New York, New York 10021 |
| Phoenix Partners Corp. | 590 Madison Avenue, 21st Floor, New York, New York 10021 |
| Joseph Del Valle | 590 Madison Avenue, 21st Floor, New York, New York 10021 |
| Michael Carstens | 425 E. 58th Street, New York, New York 10022<br><br>590 Madison Avenue, 21st Floor, New York, New York 10021 |
| Michael Growney | 205 Foss Drive, Upper Nyack, New York 10960 |
| Donna Del Valle | 1839 Celeste Drive, Wall, New Jersey 07719 |
| Vanquish Acquisition Partners, LLC | 590 Madison Avenue, 21st Floor, New York, New York 10021 |
| CDG Enterprises | 590 Madison Avenue, 21st Floor, New York, New York 10021 |
| Southeast Cruise Holdings, LLC | 590 Madison Avenue, 21st Floor, New York, New York 10021 |

## Demovsky Lawyer Service

Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

MEADOWBROOK MEAT COMPANY, INC.,

           Plaintiff(s),                      Index No. 07 CV 5979

    -against-                           AFFIDAVIT OF SERVICE

PHOENIX PARTNERS LP, ET AL.,

           Defendant(s).

-------------------------------------------------------------------X

STATE OF NEW YORK   )
                      S.S.
COUNTY OF ROCKLAND   )

        DAVID KSIAZEK, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

        That on the 25TH day of June, 2007, at approximately the time of 1:40 PM, deponent served a true copy of the SUMMONS, COMPLAINT, 3RD AMENDED INSTRUCTION FOR FILING AND ELECTRONIC CASE OR APPEAL, USDJ SHIRLEY WOHL KRAM RULES FOR ATTORNEYS AND INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE HENRY PITMAN upon MICHAEL GROWNEY at 205 Foss Drive, Nyack, New York 10960, by personally delivering and leaving the same with his wife ELIZABETH GROWNEY, a person of suitable age and discretion at that address, the actual place of residence. At the time of service, deponent asked if MICHAEL GROWNEY is in active military service for the United States of America or for the State in any capacity whatever or dependent upon a person in active military service and received a negative reply.

        ELIZABETH GROWNEY is a white female, approximately 65 years of age, stands approximately 5 feet 6 inches tall, weighs approximately 150 pounds with short gray hair and brown eyes.

D.L.S., Inc.
145 So. Mountain Rd
New City, NY 10956
845-639-7559
www.dlsny.com

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

That on the 26th day of June, 2007, deponent served another copy of the foregoing upon

MICHAEL GROWNEY by first class mail, by enclosing a true copy thereof in a securely sealed and

postpaid wrapper with the words "PERSONAL AND CONFIDENTIAL" written on the same envelope,

and not indicating on the outside that it is from an attorney or concerns an action against the person to be

served, and depositing the same into an official depository maintained by the Government of the United

States, City of Pomona and State of New York, addressed as follows:

MICHAEL GROWNEY
205 Foss Drive
Nyack, New York 10960

DAVID KSIAZEK #0974523

Sworn to before me this
26th day of June, 2007

NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20___08

D.L.S., Inc.
145 So. Mountain Rd
New City, NY 10956
845-639-7559
www.dlsny.com