AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

MEADOWBROOK MEAT COMPANY, INC.,
Plaintiff

V.

PHOENIX PARTNERS LP, PHOENIX PARTNERS CORP., JOSEPH DEL VALLE, ET AL.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CIV 5979**

**JUDGE KRAM**

TO: (Name and address of Defendant)

SEE ATTACHED SERVICE LIST

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

JUN 2 5 2007

J. MICHAEL McMAHON
CLERK                                           DATE
/s/ Marios Quintero

(By) DEPUTY CLERK

## Service List

| Phoenix Partners LP | 590 Madison Avenue, 21st Floor, New York, New York  10021 |
|---|---|
| Phoenix Partners Corp. | 590 Madison Avenue, 21st Floor, New York, New York  10021 |
| Joseph Del Valle | 590 Madison Avenue, 21st Floor, New York, New York  10021 |
| Michael Carstens | 425 E. 58th Street, New York, New York 10022<br><br>590 Madison Avenue, 21st Floor, New York, New York  10021 |
| Michael Growney | 205 Foss Drive, Upper Nyack, New York  10960 |
| Donna Del Valle | 1839 Celeste Drive, Wall, New Jersey  07719 |
| Vanquish Acquisition Partners, LLC | 590 Madison Avenue, 21st Floor, New York, New York  10021 |
| CDG Enterprises | 590 Madison Avenue, 21st Floor, New York, New York  10021 |
| Southeast Cruise Holdings, LLC | 590 Madison Avenue, 21st Floor, New York, New York  10021 |



# Demovsky Lawyer Service
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------X
MEADOWBROOK MEAT COMPANY, INC.,

       Plaintiff(s),

-against-                                    AFFIDAVIT OF SERVICE
                                                       07 CIV. 5979
PHOENIX PARTNERS LP, PHOENIX
PARTNERS CORP., et al.,

       Defendant(s).
----------------------------------------------------X
STATE OF NEW YORK   )
                            S.S.:
COUNTY OF ALBANY   )

       DEBORAH LaPOINTE, being duly sworn, deposes and says that she is over the age of eighteen years, is employed by the attorney service, D.L.S., INC., and is not a party to this action.

       That on the 26TH day of June, 2007, at approximately the time of 12:30P.M., at the office of the Secretary of State, of the State of New York in the City of Albany, New York, deponent served the SUMMONS AND COMPLAINT AND INDIVIDUAL PRACTICES OF JUDGE KRAM AND CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE AND INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE PITMAN upon VANQUISH ACQUISITION PARTNERS, LLC, the defendant in this action, by delivering to and leaving with DONNA CHRISTIE an agent of the Secretary of State, of the State of New York, two (2) true sets thereof and at that time of making such service deponent paid said Secretary of State a fee of forty dollars. That said service was made pursuant to Section, 303 of the Limited Liability Company Law.

       Deponent further says that she knew the person so served as aforesaid to be the individual in the Office of the Secretary of State of New York, duly authorized to accept such service on behalf of said defendant.

       DONNA CHRISTIE is a white female, approximately 46 years of age, stands approximately 5 feet 4 inches tall, weighs approximately 145 pounds with blonde hair and blue eyes.

D.L.S., Inc.
100 State St.
Ste 220
Albany, NY 12207
800-443-1058
www.dlsny.com

_____
DEBORAH LaPOINTE
Sworn to before me this
26TH day of June, 2007

_____
NOTARY PUBLIC

Frank J. Panucci
Notary Public-State of NY
Qualified in Albany Co.
No: 4721156
Comm. Expires July 31, 2010

State of New York - Department of State
Receipt for Service

Receipt #: 200706260206  
Date of Service: 06/26/2007  
Service Company: 10 D.L.S. INC. - 10

Cash #: 200706260194  
Fee Paid: $40 - CHECK

Service was directed to be made pursuant to: SECTION 303 OF THE LIMITED LIABILITY COMPANY LAW

Party Served: VANQUISH ACQUISITION PARTNERS, LLC

Plaintiff/Petitioner:
   MEADOWBROOK MEAT COMPANY, INC.

Service of Process Address:
VANQUISH ACQUISITION PARTNERS
237 PARK AVENUE, 21ST FLOOR
NEW YORK, NY 10017

Secretary of State
By  DONNA CHRISTIE