AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern    District of    New York

MEADOWBROOK MEAT COMPANY, INC.,
Plaintiff

V.

PHOENIX PARTNERS LP, PHOENIX PART-
NERS CORP., JOSEPH DEL VALLE, ET AL.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CIV 5979**

**JUDGE KRAM**

TO: (Name and address of Defendant)

SEE ATTACHED SERVICE LIST

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                    JUN 2 5 2007
CLERK                                                  DATE
*Marcos Quintero*

(By) DEPUTY CLERK

## Service List

| | |
|---|---|
| Phoenix Partners LP | 590 Madison Avenue, 21st Floor, New York, New York 10021 |
| Phoenix Partners Corp. | 590 Madison Avenue, 21st Floor, New York, New York 10021 |
| Joseph Del Valle | 590 Madison Avenue, 21st Floor, New York, New York 10021 |
| Michael Carstens | 425 E. 58th Street, New York, New York 10022<br><br>590 Madison Avenue, 21st Floor, New York, New York 10021 |
| Michael Growney | 205 Foss Drive, Upper Nyack, New York 10960 |
| Donna Del Valle | 1839 Celeste Drive, Wall, New Jersey 07719 |
| Vanquish Acquisition Partners, LLC | 590 Madison Avenue, 21st Floor, New York, New York 10021 |
| CDG Enterprises | 590 Madison Avenue, 21st Floor, New York, New York 10021 |
| Southeast Cruise Holdings, LLC | 590 Madison Avenue, 21st Floor, New York, New York 10021 |

  **Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MEADOWBROOK MEAT COMPANY, INC.,

        Plaintiff,

        -against-

PHOENIX PARTNERS LP, et al.,

        Defendants.
-------------------------------------------------------------X

Case No. 07 CIV 5979
(Judge Kram)

AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
        S.S.:
COUNTY OF NEW CASTLE   )

        DANIEL NEWCOMB, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

        That on the 26th day of June, 2007, at approximately the time of 1:35 PM, deponent served a true copy of the SUMMONS IN A CIVIL ACTION; COMPLAINT; INDIVIDUAL PRACTICES OF UNITED STATES DISTRICT JUDGE SHIRLEY WOHL KRAM; AND INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE HENRY PITMAN upon PHOENIX PARTNERS LP c/o Corporation Trust Company at 1209 Orange Street, New Castle, DE, by personally delivering and leaving the same with SCOTT LaSCALA who informed deponent that he holds the position of Managing Agent with that company and is authorized by appointment to receive service at that address.

        SCOTT LaSCALA is a white male, in his 40's, stands approximately 5 feet 10 inches tall, weighs approximately 170 pounds with brown hair.

_____
DANIEL NEWCOMB

Sworn to before me this
_____ day of July, 2007

_____
NOTARY PUBLIC
KIMBERLY J. RYAN
NOTARY PUBLIC-DELAWARE
My Commission Expires June 15, 2008

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com