AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

MEADOWBROOK MEAT COMPANY, INC.,
Plaintiff

V.

PHOENIX PARTNERS LP, PHOENIX PARTNERS CORP., JOSEPH DEL VALLE, ET AL.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CIV 5979**

**JUDGE KRAM**

TO: (Name and address of Defendant)

SEE ATTACHED SERVICE LIST

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

*Marcos Quintero* (signature)

(By) DEPUTY CLERK

JUN 2 5 2007

DATE

## Service List

| | |
|---|---|
| Phoenix Partners LP | 590 Madison Avenue, 21st Floor, New York, New York 10021 |
| Phoenix Partners Corp. | 590 Madison Avenue, 21st Floor, New York, New York 10021 |
| Joseph Del Valle | 590 Madison Avenue, 21st Floor, New York, New York 10021 |
| Michael Carstens | 425 E. 58th Street, New York, New York 10022<br><br>590 Madison Avenue, 21st Floor, New York, New York 10021 |
| Michael Growney | 205 Foss Drive, Upper Nyack, New York 10960 |
| Donna Del Valle | 1839 Celeste Drive, Wall, New Jersey 07719 |
| Vanquish Acquisition Partners, LLC | 590 Madison Avenue, 21st Floor, New York, New York 10021 |
| CDG Enterprises | 590 Madison Avenue, 21st Floor, New York, New York 10021 |
| Southeast Cruise Holdings, LLC | 590 Madison Avenue, 21st Floor, New York, New York 10021 |

| | |
|---|---|
| **MEADOWBROOK MEAT COMPANY, INC.**<br><br>V.<br><br>**PHOENIX PARTNERS, LP, ET AL.** | United States District Court<br>Southern District of New York<br>Docket/Index # 07-Civ 5979<br><br>**Affidavit of Service** |

**State of New Jersey**
                            SS:
**County of Monmouth**

I, **John Rizer** being duly sworn according to law upon my oath, depose and say that I am a citizen of the United States, that I am over the age of eighteen, that I am a competent adult, that I do not have a direct interest in the litigation and that I reside in the State of New Jersey.

That on **July 1, 2007** at **11:30 AM**, deponent served the within named **Summons in a Civil Case and Complaint, Judges Rules, Magistrates Rules & ECF Instructions** upon **Donna Del Valle**. Said service was effected at **1839 Celeste Drive, Wall, NJ 07719**, in the following manner;

By delivering thereat a true copy of each to **Donna Del Valle** personally. Deponent knew said person so served to be the person described as said **Donna Del Valle** therein.

**Donna Del Valle** is described to the best of deponent's ability at the time and circumstances of service as follows:
Sex: **Female**  Skin: **White**  Hair: **Blonde**  Age(Approx): **40**  Ht.(Approx): **5' 7"**  Wt.(Approx): **140-150 lbs**

I **John Rizer** asked, whether **Donna Del Valle** was in the military service of the State or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid, deponent avers that **Donna Del Valle** is not in the military service of the State or the United States as that term is defined in the statues of the State or the Federal Soldiers and Sailors Civil Relief Act.

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Sworn to before me on July 2, 2007

J, Michael Pagan, Notary Public of New Jersey
My Commission Expires 4/14/2010

John Rizer, Process Server
Demovsky Lawyer Service
401 Broadway Suite 510
New York, NY 10013