AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern  District of  New York

MEADOWBROOK MEAT COMPANY, INC.,
Plaintiff

V.

PHOENIX PARTNERS LP, PHOENIX PARTNERS CORP., JOSEPH DEL VALLE, ET AL.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CIV 5979**

**JUDGE KRAM**

TO: (Name and address of Defendant)

SEE ATTACHED SERVICE LIST

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                           JUN 2 5 2007
CLERK  /s/ Marcos Quintero                                    DATE

(By) DEPUTY CLERK

## Service List

| | |
|---|---|
| Phoenix Partners LP | 590 Madison Avenue, 21st Floor, New York, New York 10021 |
| Phoenix Partners Corp. | 590 Madison Avenue, 21st Floor, New York, New York 10021 |
| Joseph Del Valle | 590 Madison Avenue, 21st Floor, New York, New York 10021 |
| Michael Carstens | 425 E. 58th Street, New York, New York 10022<br><br>590 Madison Avenue, 21st Floor, New York, New York 10021 |
| Michael Growney | 205 Foss Drive, Upper Nyack, New York 10960 |
| Donna Del Valle | 1839 Celeste Drive, Wall, New Jersey 07719 |
| Vanquish Acquisition Partners, LLC | 590 Madison Avenue, 21st Floor, New York, New York 10021 |
| CDG Enterprises | 590 Madison Avenue, 21st Floor, New York, New York 10021 |
| Southeast Cruise Holdings, LLC | 590 Madison Avenue, 21st Floor, New York, New York 10021 |

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
**MEADOWBROOK MEAT COMPANY, INC.**,
              Plaintiff(s),

JUDGE KRAM
Index No. 07 CIV. 5979

-against-

AFFIDAVIT OF SERVICE

**PHOENIX PARTNERS LP, PHOENIX PARTNERS CORP., JOSEPH DEL VALLE, ET AL.**,
              Defendant(s).
-----------------------------------------------------------X
STATE OF NEW YORK   )
                      S.S.:
COUNTY OF NEW YORK)

        **OTIS OSBORNE**, being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and is employed by the attorney service, DLS, INC.

        That on the 25th day of June 2007, at approximately the time of 1:10 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT JURY TRIAL DEMANDED, RULES FOR ATTORNEYS, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE HENRY PITMAN, CRITICAL INSTRUCTIONS TO ATTORNEYS AND 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL** upon CDG Enterprises at 590 Madison Avenue, 21st Floor, New York, NY 10021, by personally delivering and leaving the same with John Melidones, Director of Security, who informed deponent that he is authorized to receive service at that address.

        John Melidones is a white male, approximately 45 years of age, stands approximately 6 feet 3 inches tall, and weighs approximately 230 pounds with balding black hair and brown eyes.

_____
OTIS OSBORNE #870139

Sworn to before me this
27th day of June, 2007

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20__08

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com