ALSTON & BIRD LLP
KARL GEERCKEN (KG5897)
F. PAUL GREENE (FG1837)
90 Park Avenue
New York, New York 10016
*Attorneys for Plaintiff*
MEADOWBROOK MEAT COMPANY, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MEADOWBROOK MEAT COMPANY, INC.,   :   07 CIV 5979 (NRB)
                                   :
                        Plaintiff, :   **PLAINTIFF'S NOTICE OF**
                                   :   **DISMISSAL OF ACTION**
        -against-                  :   **WITHOUT PREJUDICE**
                                   :
PHOENIX PARTNERS, L.P. PHOENIX     :
PARTNERS CORP., JOSEPH DEL VALLE,  :
MICHAEL CARSTENS, MICHAEL GROWNEY, :
DONNA DEL VALLE, VANQUISH          :
ACQUISITION PARTNERS LLC, CDG      :
ENTERPRISES, and SOUTHEAST CRUISE  :
HOLDINGS LLC,                      :
                                   :
                       Defendants. :
-------------------------------------------------------------X

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 8/20/07]

Plaintiff Meadowbrook Meat Company, Inc., by its undersigned attorneys, hereby serves notice that the above captioned action hereby is dismissed and discontinued, without prejudice and without costs, as against all defendants.

Dated: New York, New York
       August 17, 2007

SO ORDERED
[signature]
U.S.D.J.
8/20/07

ALSTON & BIRD LLP

By: [signature]
Karl Geercken (KG5897)
F. Paul Greene (FG1837)
*Attorneys for Plaintiff Meadowbrook Meat Company, Inc.*
90 Park Avenue
New York, New York 10016
(212)-210-9400

LEGAL01/13057412v2